UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-21043-CV-WILLIAMS

PETER J. NEARY,

    Plaintiff,

v.

GLOBAL GOLD EXCHANGE, LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 99) ("***Report***") on Plaintiff's Amended Omnibus Motion for Final Default Judgment (DE 97) ("***Motion***"). In the Report, Magistrate Judge Reid recommends that the Court grant Plaintiff's Motion. (*Id.* at 16.) Specifically, the Report finds that Plaintiff sufficiently pled a plausible claim for relief and is entitled to default final judgment against Defendants on Counts I through V of Plaintiff's Complaint (DE 1). (DE 99 at 4–11, 16.) The Report recommends that Plaintiff be awarded of $4,933,239.30 in liquidated damages and $141,195 in attorney's fees. (*Id.* at 11–16.) No objections were filed to the Report, and the time to do so has passed.

Upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 99) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Amended Omnibus Motion for Final Default Judgment (DE 97) is **GRANTED**.

3. The Clerk of Court is directed to enter default final judgment in favor of Plaintiff Peter J. Neary against Defendant Global Gold Exchange, LLC as to Counts I, II, IV and V, against Defendant Tobias Hallin as to Counts I, III, IV and V, against Defendant Richard M. Owen as to Counts I, III and IV, and against Defendant Jeffrey Morrow as to Counts I, III and IV.

4. A cost judgment should be entered against Defendants in the amount of $5,074,434.90, consisting of $4,933,239.90 in liquidated damages and $141,195 in attorney's fees, together with statutory interest. Defendants are jointly and severally liable for all amounts due under this default final judgment.

5. All deadlines are **CANCELED**. All pending motions are **DENIED AS MOOT**.

6. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 4th day of March, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE