UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21043-CV-WILLIAMS

PETER J. NEARY,

    Plaintiff,

vs.

GLOBAL GOLD EXCHANGE, LLC, et al.,

    Defendant
_____/

## CLERK'S ENTRY OF FINAL DEFAULT JUDGMENT

Pursuant to the Court's Order Adopting Magistrate Judge Lisette M. Reid's Report and Recommendation, DE [100], and Rule 58 of the Federal Rules of Civil Procedure, default final judgment is entered in favor of Plaintiff Peter J. Neary against Defendant Global Gold Exchange, LLC as to Counts I, II, IV and V, against Defendant Tobias Hallin as to Counts I, III, IV and V, against Defendant Richard M. Owen as to Counts I, III and IV, and against Defendant Jeffrey Morrow as to Counts I, III and IV, in the amount of $5,074,434.90, consisting of $4,933,239.90 in liquidated damages and $141,195 in attorney's fees, together with statutory interest. Defendants are jointly and severally liable for all amounts due under this default final judgment.

DONE AND ORDERED this 5th day of March, 2024 in the Southern District of Florida.

                                              Angela E. Noble
                                              CLERK OF COURT

                                              By: s/Patrick Edwards
                                                  Data Quality Analyst